**From:** Craig Geno <cmgeno@cmgenolaw.com>
**Sent:** Tuesday, June 9, 2026 11:37 AM
**To:** Doug Noble <dnoble@mmqnlaw.com>
**Subject:** *EXTERNAL*Re: Greenwood Leflore/Medicaid

CAUTION: This email originated from outside of the company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

That was their initial position. I get the impression that may get looked at again since the Plan has been filed.

But, to avoid any last-minute scrambling, we probably ought to start thinking about how to address it sooner rather than later. And, of course, I'll update you the minute I get an update.
Craig
Sent from my iPhone

On Jun 9, 2026, at 10:25 AM, Doug Noble <dnoble@mmqnlaw.com> wrote:

Craig –

Can you confirm for me that the department maintains its intention to withhold the June 30 MHAP payment? If so, we need to figure out what action needs to be taken in pretty short order given the consequences if that happens. Thanks.

**Douglas C. Noble**
<image001.jpg>
Office: (601) 707-5725
Cell:   (601) 862-3599

The foregoing electronic message contains information from the law firm of McCraney Montagnet Quin & Noble, PLLC, and is confidential or privileged. The information is intended for the use of the individual or entity to whom the message is addressed. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify McCraney Montagnet Quin & Noble, PLLC immediately at 601.707.5725.

EXHIBIT
1