## George Ritter

| | |
|---|---|
| **From:** | Doug Noble <dnoble@mmqnlaw.com> |
| **Sent:** | Monday, June 15, 2026 9:20 AM |
| **To:** | Craig M. Geno |
| **Cc:** | George Ritter; Sean Guy |
| **Subject:** | Greenwood Leflore/DOM |
| | |
| **Importance:** | High |

<<< EXTERNAL SENDER: This email is from someone outside WCCC's email system. Do not click links, open attachments, or provide your user ID/password unless you *trust* the source and *know* the contents are safe.>>>

Craig –

Need formal and final assurance that DOM is or is not going to withhold the payment.  The uncertainty created by DOM's statement of intention not to make the payment is giving us no choice but to file something before it is too late.  Thanks.

**Douglas C. Noble**

MMQN  McCRANEY | MONTAGNET
QUIN | NOBLE
ATTORNEYS AT LAW | PLLC

Office:  (601) 707-5725
Cell:    (601) 862-3599

The foregoing electronic message contains information from the law firm of McCraney Montagnet Quin & Noble, PLLC, and is confidential or privileged.  The information is intended for the use of the individual or entity to whom the message is addressed.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this electronic message in error, please notify McCraney Montagnet Quin & Noble, PLLC immediately at 601.707.5725.

**EXHIBIT**
**2**