### DECLARATION OF GARY MARCHAND

I, Gary Marchand ("Affiant"), make the following declaration based on my personal knowledge:

1.     I am an adult resident citizen of Harrison County, Mississippi. I have personal knowledge of the matters stated in this affidavit, and I am competent to testify to those matters.

2.     I previously served as the interim Chief Executive Officer of Greenwood Leflore Hospital ("GLH"), a statutory community hospital owned by the City of Greenwood and County of Leflore, Mississippi. Currently, I am working as a consultant for the GLH Board of Commissioners. As such, I have personal knowledge of the financial conditions and obligations of GLH.

3.     Under the Divisions of Medicaid's revised Mississippi Hospital Access Program (MHAP) payment schedule dated September 17, 2025 ("the September 17 Decision"), GLH's June MHAP payment is $2,447,038.73. This payment is due to be paid by the Division of Medicaid to GLH no later than June 30, 2026.

4.     If GLH does not receive this payment by the end of this month, GLH will be unable to meet its current financial obligations, including payroll in the amount of approximately $900,000, which must be funded by June 30. This will force GLH to cease operations and close on or before June 30, 2026. If this occurs, GLH also will be unable to meet its obligation to remain in operation under the proposed Contribution and Asset Transfer Agreement with the University of Mississippi Medical Center.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  See 28 U.S.C. § 1746.

This, the 16th day of June 2026.

**EXHIBIT**

**3**

GARY MARCHAND