**From:** QIPP <QIPP@medicaid.ms.gov>
**Date:** September 17, 2025 at 2:52:23 PM CDT
**To:** RRoberson@mhanet.org, Richard Grimes <rgrimes@mhanet.org>, Shane Hariel <shariel@cricpa.com>, Joshua Hammons <JHammons@highlandhillsmc.com>, "Jennifer Bouchillon (Highland Hills" <jennifer@bouchilloncpa.com>, Jenny Miller <JMiller@highlandhillsmc.com>, swill@qchospital.org, Melissa Jenkins <mjenkins@deltahealthsystem.org>, Brandi Roberts <broberts@ahmgt.com>, Scott Markstrom <smarkstrom@ahmgt.com>, Vearnail Rowe <vrowe@ahmgt.com>, Carol Ann Cockrell <CarolAnn.Cockrell@uhsinc.com>, "Wilkins, Jacob" <Jacob.Wilkins@uhsinc.com>, "Jay Shehi (Alliance Health Center CEO" <jay.shehi@uhsinc.com>, Bill King <bking@ahsofms.com>, Kenneth Williams <kfwilliams@ahsofms.com>, Debra Griffin <dgriffin@ahsofms.com>, Perry Williams <pewilliams@ahsofms.com>, Debi Pace <DPace@ahsofms.com>, "Jessica Washington (Alliance Re1venue Cycle Director" <jwashington@ahsofms.com>, "john.anderson" <john.anderson@bmhcc.org>, Daniel Estes <Daniel.Estes@bmhcc.org>, "Robert Coleman (CEO Baptist Golden Triangle" <robert.coleman@bmhcc.org>, Deena Keasler <Deena.Keasler@bmhcc.org>, Jenifer McCain <jenifer.mccain@bmhcc.org>, "Mac Flynt (CEO BM Attala" <Mac.Flynt@bmhcc.org>, Petra Dodd <petra.dodd@bmhcc.org>, "Ann Bishop (CEO BM Union" <ann.bishop@bmhcc.org>, Bill Thompson <bill.thompson@bmhcc.org>, "Daryl Weaver (Baptist CEO Leake" <daryl.weaver@bmhcc.org>, Jenifer McCain <jenifer.mccain@bmhcc.org>, Ron.Wachsman@bmhcc.org, Chris.Anderson@bmhcc.org, Robert Coleman <robert.coleman@bmhcc.org>, Christopher Threadgill <Christopher.Threadgill@bmhcc.org>, Karen Goodrum <karen.goodrum@bmhcc.org>, James Grantham <james.grantham@bmhcc.org>, Kim High <Kim.High@bmhcc.org>, "Brian Hogan (Baptist Desoto CEO" <brian.hogan@bmhcc.org>, Joe McWherter <joe.mcwherter@bmhcc.org>, Paul Cade <paul.cade@bmhcc.org>, Thomas Steadman <thomas.steadman@bmhcc.org>, Pam Wright <Pam.wright@bmhcc.org>, Cyrille Bullock <cyrille.bullock@bmhcc.org>, Robyn Dorris <Robyn.Dorris@bmhcc.org>, "Brian Welton (CEO Baptist NM" <brian.welton@bmhcc.org>, Krystal Whitten <Krystal.Whitten@bmhcc.org>, James Grantham <james.grantham@bmhcc.org>, Valerie Carter <Valerie.carter@bmhcc.org>, Janet Flake <Janet.Flake@bmhcc.org>, Kim High

1

EXHIBIT
4

<Kim.High@bmhcc.org>; Kadie Burr <Kadie.Burr@bmhcc.org>; Robert Massey <Robert.Massey@bmhcc.org>, Lori York <Lori.York@bmhcc.org>, Bill Thompson <bill.thompson@bmhcc.org>, Bobbie Ware <bobbie.ware@bmhcc.org>, CEO Magnolia <Magnolia_ceo@freedombehavioral.com>, "Steve Waters (CEO Beacham" <swaters@freedombehavioral.com>, Jason Reed <jreed@freedomhc.com>, "Ashley Wood (CFO" <awood@freedomhc.com>, McCollum JoAnn - Cleveland <joann.mccollum@scionhealth.com>, Allen Rhonda - Cleveland <Rhonda.allen@scionhealth.com>, "James.Young" <James.Young@scionhealth.com>, Tommy.Stoves@lpnt.net, "Jones, Nigel" <nigel.jones@uhsinc.com>, "Jones, Shenequa (BWBH" <shenequa.jones@uhsinc.com>, "Land, Alison" <Alison.land@uhsinc.com>, "Suggs, Moniqueca" <moniqueca.suggs@uhsinc.com>, "Jones, Shenequa (Business Office" <shenequa.jones@uhsinc.com>, "Megan N. Snow" <megan.snow@choctawregional.com>, Patrick Donald <patrick.donald@choctawregional.com>, "Steve P. Marinelli" <steve.marinelli@choctawregional.com>, Ada Ratliff <aratliff@ccmcms.org>, Carolyn Dupre <cdupre@ccmcms.org>, Barry Keel <bkeel1@nmhs.net>, "Poole, Melody (Chief Quality Officer NMHS" <MAPoole@nmhs.net>, "Monroe, Kelvin" <kmonroe@nmhs.net>, "Sharon Nobles (CFO North MS" <sdnobles@nmhs.net>, Ben Lott <blott@copiahhealth.org>, "Dr. William Morgan" <wmorgan@copiahhealth.org>, Kortney Gaddy <kgaddy@copiahhealth.org>, Teresa Harvey <tharvey@copiahhealth.org>, Delilah Hudson <dhudson@covingtoncountyhospital.com>, Gregg Gibbes <ggibbes@covingtoncountyhospital.com>, Kathe Bryant <kbryant@covingtoncountyhospital.com>, Lorie Till <ltill@nwmrmc.org>, Erika Stapleton <estapleton@nwmrmc.org>, nheagwood@nwmrmc.org, Melissa Jenkins <mjenkins@deltahealthsystem.org>, Iris Stacker <istacker@deltahealthsystem.org>, Charles Moore <chamoore@deltahealthsystem.org>, Angie Parkinson-Piasecki <aparkinson@deltahealthsystem.org>, Frank Corcino <frank@onpointhealthcarepartners.com>, "Rolando Mantilla (Delta Regional" <rmantilla@onpointhealthcarepartners.com>, Genaro Grajeda <ggrajeda1@onpointhealthcarepartners.com>, "Swoopes, Patrick" <Patrick.Swoopes@uhsinc.com>, Mark Studdard <Mark.Studdard@encompasshealth.com>, "Cofield, Cynthia" <Cynthia.Cofield@encompasshealth.com>, "Taylor Davis (Encompass-Reimb" <Taylor.Davis@encompasshealth.com>, Chad Netterville <cnetterville@mhanet.org>, "Martin, Julie" <jmartin@bkd.com>, Richard Williams <rwilliams@fhsms.org>, Bryan Stevens <bstevens@fhsms.org>, Bryan Stevens <bstevens@fhsms.org>, Victoria Anders <vanders@fhsms.org>, "Andy Woodard (FG CEO" <awoodard@forrestgeneral.com>, Ben Hester <ben.hester@forrestgeneral.com>, DF Sanford <DFSanford@forrestgeneral.com>, Christina.Lofton@forrestgeneral.com, Leslie Morris <leslie.morris@forrestgeneral.com>, Kathy Farr <kathy.farr@fcmh.net>, Lillie Higginbotham <lillie.higginbotham@fcmh.net>, Mike Boleware <mboleware@fcmh.net>, Luke Schwarz <lschwarz93@georgeregional.com>, "Greg Havard (CEO" <ghavard@georgeregional.com>, Pat Howell <phowell@georgeregional.com>, Anthoney Fryfogle <Anthoney.Fryfogle@georgeregional.com>, Pat Howell <phowell@georgeregional.com>, Richard Daughdrill <rdaughdrill@georgeregional.com>, "Holmes, Dawne" <dholmes@glh.org>, "Marchand, Gary" <gmarchand@glh.org>, "Richardson, Morgan" <mrichardson@glh.org>, Cliff Hermes <cliff.hermes@oceanshealthcare.com>, "Eric Elliott (CFO Gulf Oaks BH"

<eric.elliott@oceanshealthcare.com>, Star Thompson <star.thompson@oceanshealthcare.com>, "Dean Doty (GBHS" <dean.doty@uhsinc.com>, David Butler <david.butler@ochsner.org>, Ben Hester <ben.hester@forrestgeneral.com>, Leslie Morris <leslie.morris@forrestgeneral.com>, "Candice D. Whitfield" <cdwhitfield@umc.edu>, Dodie McElmurray <dmcelmurray@umc.edu>, Scott Whittemore <swhittemore@umc.edu>, Kimberly W Martindale <kmartindale@umc.edu>, jsinclair2@umc.edu, Jeff Grimsley <jgrimsley@umc.edu>, "Dodie McElmurray (CEO UMMC" <dmcelmurray@umc.edu>, "Steven B. Reed" <sreed2@umc.edu>, Eric Jordan <eric.jordan@jghms.com>, Griff Kelly <griff.kelly@jghms.com>, Jerry Kennedy <jkennedy@jeffhospital.com>, "Adrick Hunter (CFO Jefferson" <hunteradrick@yahoo.com>, "Monica Griffin (Director of Nursing" <mgriffin@jeffhospital.com>, bConway@panolamed.com, Kadeidra Eanochs <keanochs@jeffhospital.com>, Natrisha Williams <nwilliams@jeffhospital.com>, Tomaz McCarty <tomaz.mccarty@forrestgeneral.com>, Ben Hester <ben.hester@forrestgeneral.com>, Leslie Morris <leslie.morris@forrestgeneral.com>, David Butler <david.butler@ochsner.org>, Kristin.molony@rushhealth.org, Scott Vincent <scott.vincent@rushhealth.org>, Scott Christensen <schristensen@kdmc.org>, Adam Moore <amoore@kdmc.org>, Sharon Hughes <shughes@kdmc.org>, "Brianna Standberry (King's Daughter Decision Support" <bstandberry@kdmc.org>, Amy Lampton Walker <amy.walker@kdmc.org>, "Kerry Goff (KPC" <kgoff@kpcph.com>, Ken O'Amico <kdamico@kpcph.com>, "Richard Wang (KPC" <Richard.Wang@kpcgm.com>, David Butler <david.butler@ochsner.org>, Charla Rowley <charla.rowley@smrmc.com>, Cindy Pickett <cindy.pickett@smrmc.com>, Kimberly Thomas <kimberly.thomas@smrmc.com>, Mallory Ginn <mallory.ginn@smrmc.com>, "Robert C. Weathersby" <robert.weathersby@smrmc.com>, Ed Tucker <ed@getucker.com>, Ed Tucker <ed.tucker@simpsongeneral.com>, Gregg Gibbes <ggibbes@covingtoncountyhospital.com>, Shelly Riley <Shelly.Riley@simpsongeneral.com>, Marion Dickson <mdickson@mghosp.org>, Suzanne Young <syoung@mghosp.org>, James Hobson <jhobson@mrhc.org>, "Lisa Davidson (Magnolia" <ldavidson@mrhc.org>, "Thames, Stephen" <sthames@mrhc.org>, Meredith Lee <MLee@mrhc.org>, james.turnage@forrestgeneral.com, Ben Hester <ben.hester@forrestgeneral.com>, Cynthia Aultman <Cynthia.Aultman@mariongenhospital.com>, Leslie Morris <leslie.morris@forrestgeneral.com>, "Karen D. Krohn" <Kkrohn@mhg.com>, "Kent Nicaud (Memorial Gulfport CEO" <knicaud@mhg.com>, "William Barrette (Memorial Gulfport CFO" <wbarrette@mhg.com>, SAnderson@mrhc.org, Brett Maxfield <Brett.Maxfield@mymerithealth.com>, "David Henry (CEO MH Madison Central" <David.Henry@mymerithealth.com>, Jennifer Lott <Jennifer.Lott@mymerithealth.com>, Justin Stroud <justin.stroud@mymerithealth.com>, "Athena Chapin (Quality, MH RO" <athena.chapin@mymerithealth.com>, Amelia Conner <amelia.conner@riverregion.com>, "Angela M. Benda" <abenda@mhg.com>, dwayne_blaylock@chs.net, "Jennifer Woods (MH Biloxi/Gulfport" <Jenwoods@mhg.com>, Brenda Moon <brenda.moon@merithealthnatchez.com>, Garett May <garett.may@merithealthnatchez.com>, Kevin Samrow <kevin.samrow@merithealthnatchez.com>, "Jonathan Koonce (CEO MH Rankin" <Jonathan.koonce@mymerithealth.com>, Justin Stroud <justin.stroud@mymerithealth.com>, Vanessa Stark <vanessa.stark@mymerithealth.com>, Perry Parnell <perry.parnell@mymerithealth.com>,

Sam Dean <Sam.dean@mymerithealth.com>; Jodi Sumerall <jodi.sumerall@riverregion.com>, Christy Wilson <christy.wilson@merithealthwesley.com>, "Sheila Massengale (contract mgt asst" <sheila.massengale@merithealthwesley.com>, Travis Sisson <Travis.Sisson@merithealthwesley.com>, Justin Stroud <justin.stroud@mymerithealth.com>, "David Baytos (MOBH CEO" <david.baytos@mlh.org>, Eric Beaupre <Eric.Beaupre@mlh.org>, Kris Sanders <kris.sanders@mlh.org>, Jennifer Williams <Jennifer.Williams2@mlh.org>, Christopher Chandler <cchandler@monroeregionalhospital.com>, George Esper <gesper@boavidahealthcare.com>, Dean Otey <dotey@boavidahealthcare.com>, Christy Williams <cwilliams@monroeregionalhospital.com>, Gary Armstrong <garya@mmrcrehab.org>, "David McMillin (CEO" <dmcmillin@mmrcrehab.org>, Renee Morgan <RMorgan@mmrcrehab.org>, Justin Head <jhead@mmrcrehab.org>, Lee McCall <lmccall@neshobageneral.com>, Scott McNair <smcnair@neshobageneral.com>, David Wilson <DCWilson@nmhs.net>, "Monroe, Kelvin" <kmonroe@nmhs.net>, Shane Spees <msspees@nmhs.net>, Sharon Nobles <sdnobles@nmhs.net>, Jamie Rodgers <Jamie.rodgers@nmhs.net>, "Monroe, Kelvin" <kmonroe@nmhs.net>, Sharon Nobles <sdnobles@nmhs.net>, Jennifer Baughman <Jennifer.baughman@northsunflower.com>, sarabtoole@northsunflower.com, Carol Watt <carol.watt@ngcah.com>, Christy Weir <Christy.weir@ngcah.com>, Danny McKay <danny.mckay@ngcah.com>, Meg Ebert <meg.ebert@ngcah.com>, "Carla C. Dearman" <carla.dearman@msh.ms.gov>, "James G. Chastain" <James.Chastain@msh.ms.gov>, Sonjia Kittrell <sonjia.kittrell@msh.ms.gov>, Brandy Heppel <brandy.heppel@ochsner.org>, Jeff Edge <Jeffery.edge@ochsner.org>, "Ken Smith (CFO Hancock" <gusmith@ochsner.org>, Melissa Dossett <melissa.dossett@ochsner.org>, "James H. Jackson, Jr." <jhjackson@och.org>, Susan Russell <srussell@och.org>, "Plunkett, Alicia" <alicia.plunkett@uhsinc.com>, "Denegri, David" <david.denegri@uhsinc.com>, "Joshua James (PWBH" <Joshua.James@uhsinc.com>, kevin.hedgepeth@forrestgeneral.com, Ben Hester <ben.hester@forrestgeneral.com>, Jeff Cook <jwcook@forrestgeneral.com>, Shenika Russell <Shenika.Russell@perrycountyhospital.org>, Leslie Morris <leslie.morris@forrestgeneral.com>, David Paris <dparis@pcghosp.com>, Nacole.dillon@forrestgeneral.com, "Monroe, Kelvin" <kmonroe@nmhs.net>, Leslia Carter <lcarter@nmhs.net>, Sharon Nobles <sdnobles@nmhs.net>, Dana Hall <dhall@panolamed.com>, Rhonda Burchett <Rhonda@phghealth.com>, Quentin Whitwell <qwhitwell@panolamed.com>, Quentin Whitwell <quentinwhitwell@icloud.com>, "Quentin (Trace Regional-Panola-Quitman CEO" <Quentin@phghealth.com>, "Pam Roberts (CFO Trace-Quitman" <Pam@phghealth.com>, Pam Roberts <proberts@panolamed.com>, mleach@panolamed.com, "Gavin, Eliza A." <Egavin@regencyhospital.com>, James Proctor <jproctor@regionalonehealth.org>, "Neel, Jason W." <jneel@regionalonehealth.org>, "CHAMPION, WILLIAM B. (Controller" <wchampion@regionalonehealth.org>, Reginald Coopwood <Rcoopwood@regionalonehealth.org>, "WHITEHEAD, MICHELE G." <mwhitehead@regionalonehealth.org>, James.tyra@ochsner.org, David Butler <david.butler@ochsner.org>, Buford Yates <byates@ihmii.com>, Erica Riser <EricaRiser@lackeymemorialhospital.com>, Rene Bradford <ReneBradford@lackeymemorialhospital.com>, Sydney Sawyer <sydneysawyer@lackeymemorialhospital.com>, David Butler <david.butler@ochsner.org>, Heather Davis <heather.davis@rushhealth.org>, Theresa

4

Hackman <Thackman@selectmedical.com>, "Bourn, Cris B." <BBourn@selectmedical.com>, "Snyder, Wade" <wsnyder@selectmedical.com>, "Canard, Robert Shannon" <rcanard@selectmedical.com>, "Theresa Hackman (CFO Regency SS-GC SS-Jackson" <Thackman@selectmedical.com>, "John O'Keefe (CEO SS-GC" <JMOKeefe@selectmedicalcorp.com>, "K. Shook" <kshook@selectmedicalcorp.com>, MEClark@selectmedical.com, BCoates <bcoates@sichosp.org>, Jerry Keever <jkeever@sichosp.org>, Chelsea Carter <chelsea.carter@traceregional.com>, Renee Morgan <RMorgan@mmrcrehab.org>, Kawanda.johnson@rushhealth.org, hilary_burton@chs.net, Jason McNeil <Jason.McNeil@mysrhs.com>, "Laurin St.Pe' (CEO Singing River System" <Laurin.stpe@mysrhs.com>, "Heath Thomspon (administrator SR Ocean Springs" <Heath.thompson@mysrhs.com>, "Jillian Spring (administrator SR Ocean Springs" <Jillian.spring@mysrhs.com>, "Heather Rowley (administrator SR Gulfport" <Heather.rowley@mysrhs.com>, "justin.rickley" <Justin.Rickley@mysrhs.com>, "Scott, Sam T" <samuel.scott@fmolhs.org>, "Reedy, Mary K" <mary.reedy@fmolhs.org>, "Tinnerello, Jeremy M (St. D CEO" <Jeremy.Tinnerello@fmolhs.org>, "Estorge, Dave M" <David.Estorge@fmolhs.org>, "Gordon, Tracy M" <Tracy.Gordon@fmolhs.org>, Jason McNeil <Jason.McNeil@mysrhs.com>, "Janina Lee (Cash Application Singing River" <janina.lee@mysrhs.com>, Julie Scruggs <Julie.Scruggs@mysrhs.com>, Jillian Strayham <Jillian.Strayham@mysrhs.com>, "Courtney Phillips (South Sunflower CEO" <cphillips@southsunflower.com>, Katie Yates <kyates@southsunflower.com>, Patrick Chapman <patrickc@tc-hs.org>, Stephanie McAlister <stephaniem@tc-hs.org>, Tabitha Clifton <tabithaj@tc-hs.org>, Brandon Graves <Brandong@tc-hs.org>, "David Andrew Porter (Wayne General CEO" <aporter@waynegeneralhospital.org>, Clinton Eaves <ceaves@waynegeneralhospital.org>, aholmes <aholmes@waynegeneralhospital.org>, "Gregg Gibbes (South Central CEO" <ggibbes@scrmc.com>, Stephen East <sheast@scrmc.com>, Mary Wilkins <mwilkins@scrmc.com>, Alecia Bigler <ABigler@scrmc.com>, Beth Harrison <beth.harrison@thmh.org>, Cori Bailey <cori.bailey@thmh.org>, Jim Blackwood <jblackwood@mytgh.com>, Drew Weissinger <dweissinger@mytgh.com>, Rani Richard <rrichard@mytgh.com>, Billie Lawrence <blawrence@mytgh.com>, sheila.brockman@sunlinkhealth.com, "Mixon, Robin" <rmixon@nmhs.net>, "Michael Nester (Administrator" <mnester@winstonmedical.org>, Matt Woodward <mwoodward@winstonmedical.org>, "Jessica Embry (CEO Yalobusha" <jembry@yalobushageneral.com>, aanderson@yalobushageneral.net, Tonya Latady <Tonya.Latady@mysrhs.com>, Kimily Taylor <kimily.taylor@oceanshealthcare.com>, "Eric.Elliott (CFO Oceans Tupelo" <Eric.Elliott@oceanshealthcare.com>, Sherry Brewer <sbrewer@scrmc.com>, Tyler Whittington <twhittington@scrmc.com>, Lacy Grant <lgrant@scrmc.com>, Juliana Adams <jadams@kdmc.org>, tjames@neshobageneral.com, Kim Hoover <khoover@mhanet.org>, "Don T. Avera" <Donald.Avera@bmhcc.org>, CEO Magnolia <Magnolia_ceo@freedombehavioral.com>, Daniel Ceja <Daniel.Ceja@northsunflower.com>, sheneka.davis@bmhcc.org, Patti Hollifield <Patti.Hollifield@bmhcc.org>, "Ellen A. Robinson" <erobinson@mhg.com>, nathan_summar@chs.net, Brooke Reaves <brooke_reaves@chs.net>, joelizabeth.ammer@bmhcc.org, diana.johnston@bmhcc.org, Belinda Sanderson <belinda.sanderson@bmhcc.org>, tangela.jackson@forrestgeneral.com, "Wilkins, Jacob" <Jacob.Wilkins@uhsinc.com>, Julia Jesuit <jjesuit@criadv.com>, Tennille Allen <tallen@ahsofms.com>, "Rector, Edwin B" <Edwin.rector@scionhealth.com>, Jlynn@mhg.com, "Karen D. Krohn" <Kkrohn@mhg.com>, jturnage1@umc.edu, Rachel

5

Camargo <rachel_camargo@chs.net>, Lisa Didion <L.Didion@umc.edu>, "WOODS, CHRISTINE" <cwoods@regionalonehealth.org>, janet@phghealth.com, smaholoch@umc.edu, sdufford@mhg.com, Pchandler@mhg.com, Jenwoods@mhg.com, Ewing Chandler <Chandler.Ewing@scionhealth.com>, ChamathW@mhanet.org, Rhonda McCardle <rhonda.mccardle@scrmc.com>, Tammy_Brown2@chs.net, "Raymond L. Riley" <rriley5@umc.edu>, joy.akanji@mymerithealth.com, jburnside@umc.edu, bphelps@umc.edu, Justin Stroud <justin.stroud@mymerithealth.com>, Muriel Osburn <Muriel.Osburn@bmhcc.org>
**Cc:** QIPP <QIPP@medicaid.ms.gov>, MississippiCAN Plan <MississippiCan.Plan@medicaid.ms.gov>, Keith Heartsill <Keith.Heartsill@medicaid.ms.gov>, "Shatara M. Bogan" <Shatara.Bogan@medicaid.ms.gov>, Jim Post <James.Post@medicaid.ms.gov>, "Kaetryn C. Carpenter" <Kaetryn.Carpenter@medicaid.ms.gov>, "Domonique P. Varnado" <Domonique.Varnado@medicaid.ms.gov>, Sade Stewart <Sade.Stewart@medicaid.ms.gov>, "Lisa C. Shaw" <Lisa.Shaw@medicaid.ms.gov>, "Jennifer O. Wentworth" <jennifer.wentworth@medicaid.ms.gov>
**Subject: SFY 26 MHAP – CMS Approved Preprint and Payment Models**

> **WARNING:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Hospital Representatives,

Good morning. The Division of Medicaid (Division) is providing hospitals with the following SFY 2026 Mississippi Hospital Access Program (MHAP) Models:
> (1) the CMS Approved MHAP Model for SFY 26 titled "2026 MHAP Approved Preprint Model – 3-14-2025," and
> (2) the MHAP payment model used for making the actual payments during SFY 26 titled "Year 9 - MHAP Payment Model SFY 2026 - 09-2025 - 09.17.2025."

The Division has instructed the Managed Care Organizations (MCO) to process the July, August, and September 2025 MHAP payments to the hospitals by September 19, 2025. Please see the attached MHAP payment model for MCO monthly payment information in the tab labeled "FY-26 Monthly MHAP Pmts."

For questions or concerns, please email the QIPP mailbox: QIPP@medicaid.ms.gov.

Thank you,

Mississippi Division of Medicaid
550 High Street, Suite 1000 | Jackson, Mississippi 39201
Email: QIPP@medicaid.ms.gov
Website: http://medicaid.ms.gov

DSH PSR SharePoint site: DSH PSR - Home (sharepoint.com)
Website for QIPP resources: Value-Based Incentives - Mississippi Division of Medicaid (ms.gov)

**CONFIDENTIALITY NOTE:** This message and all attachments are confidential and/or proprietary to the Mississippi Division of Medicaid, and may contain sensitive information, including, but not limited to, protected health information as defined by the Health Insurance Portability and Accountability Act (HIPAA) of 1996. The information contained in and attached to this message is intended for the exclusive use of the intended recipient. The use, disclosure, copying, or distribution by any means, to anyone other than the intended recipient without the prior written permission of the Mississippi Division of Medicaid, is strictly prohibited. Any such unauthorized use, disclosure, copying, or distribution may violate federal and/or state privacy laws, including, but not limited to, HIPAA. If you have received this message or any attachments in error, please notify the sender by replying to the email or contact the telephone number above and delete this message from your computer without additional disclosure. Thank you for your assistance in the protection of confidential information.

**MHAP Monthly Payments - SFY2026 Payment**
State of Mississippi
Month
September

-0.01

| Count | Medicare ID | Medicaid ID | Hospital Name | Monthly FCA x TOTAL (F) | PPS Quarterly DPP - TOTAL (H) Only paid in September, December, March, June | PPC Quarterly DPP - TOTAL (I) Only paid in September, December, March, June | Adjustment PPC Quarterly DPP - TOTAL (J) Only paid in September, March, June | Monthly MHAP Payments TOTAL (K) K = sum(F thru J) | Adjustments to Payment (M) | Pay to DOM (N) | Payment to Hospital (O) O = K - M + N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 252013 | 02472258 | Allegiance Specialty Hospital of Greenville | - | - | - | - | - | - | - | - |
| 2 | 250151 | 100000173 | Alliance Health Center | 894,015.41 | 866,184.42 | 866,184.42 | 868,785.57 | 3,495,169.82 | - | - | 3,495,169.82 |
| 3 | 250012 | 00220621 | Alliance Healthcare - Holly Springs | 5,923.63 | 5,619.05 | 5,619.05 | 6,262.14 | 23,423.87 | (11,711.94) | 11,711.94 | - |
| 4 | 250104 | 00020046 | Baptist Anderson Regional Medical Center | 946,426.16 | 1,254,446.73 | 1,254,446.73 | 1,258,213.85 | 4,713,533.47 | - | - | 4,713,533.47 |
| 5 | 250081 | 00220495 | Baptist Anderson Regional Medical Center - South | 19,023.88 | 39,529.80 | 39,529.80 | 39,648.53 | 137,732.01 | (68,866.01) | - | 68,866.01 |
| 6 | 251336 | 00020035 | Baptist Medical Center - Attala | 74,717.13 | 74,720.46 | 74,720.46 | 74,944.85 | 299,102.90 | - | - | 299,102.90 |
| 7 | 251313 | 00020082 | Baptist Medical Center - Yazoo | 97,826.79 | 115,724.03 | 115,724.03 | 116,071.55 | 445,346.40 | - | - | 445,346.40 |
| 8 | 251315 | 00220809 | Baptist Medical Center Leake | 76,928.43 | 50,614.05 | 50,614.05 | 50,766.04 | 228,922.57 | - | - | 228,922.57 |
| 9 | 250044 | 00020084 | Baptist Memorial Hospital - Booneville | 83,453.73 | 77,403.48 | 77,403.48 | 77,635.93 | 315,896.62 | - | - | 315,896.62 |
| 10 | 251331 | 00020213 | Baptist Memorial Hospital - Calhoun | 46,711.55 | 51,206.64 | 51,206.64 | 51,360.40 | 200,485.23 | - | - | 200,485.23 |
| 11 | 250141 | 00020143 | Baptist Memorial Hospital - Desoto County | 1,437,623.19 | 1,833,900.10 | 1,833,900.10 | 1,839,407.31 | 6,944,830.70 | - | - | 6,944,830.70 |
| 12 | 250100 | 00220136 | Baptist Memorial Hospital - Golden Triangle | 1,390,064.69 | 1,439,987.84 | 1,439,987.84 | 1,444,312.13 | 5,714,352.50 | - | - | 5,714,352.50 |
| 13 | 250034 | 00020016 | Baptist Memorial Hospital - North MS | 1,380,790.38 | 1,382,635.04 | 1,382,635.04 | 1,386,787.09 | 5,532,847.55 | - | - | 5,532,847.55 |
| 14 | 250006 | 00010010 | Baptist Memorial Hospital of Union County | 1,269,616.38 | 1,245,450.13 | 1,245,450.13 | 1,249,190.24 | 5,009,706.88 | - | - | 5,009,706.88 |
| 15 | 250049 | 00020043 | Beacham Memorial Hospital | 4,416.97 | 9,512.88 | 9,512.88 | 9,541.45 | 32,984.18 | - | 32,984.18 | - |
| 16 | 250093 | 00220606 | Bolivar Medical Center | 576,411.55 | 665,210.07 | 665,210.07 | 667,207.71 | 2,574,039.40 | - | 174,834.80 | 2,399,204.60 |
| 17 | 254007 | 00220625 | Brentwood Behavioral Healthcare of MS | 959,232.85 | 807,177.95 | 807,177.95 | 809,601.90 | 3,383,190.65 | - | - | 3,383,190.65 |
| 18 | 251334 | 00431215 | Choctaw Regional Medical Center | 27,928.16 | 27,918.29 | 27,918.29 | 28,002.13 | 111,766.87 | - | - | 111,766.87 |
| 19 | 251320 | 00020140 | Claiborne County Hospital | 35,915.67 | 43,288.20 | 43,288.20 | 39,076.37 | 161,568.44 | - | - | 161,568.44 |
| 20 | 250067 | 00020079 | Clay County Medical Corporation | 404,223.46 | 476,866.35 | 476,866.35 | 478,298.38 | 1,836,254.54 | - | - | 1,836,254.54 |
| 21 | 251327 | 00020115 | Copiah County Medical Center | 84,373.73 | 93,636.13 | 93,636.13 | 93,917.32 | 365,563.31 | - | - | 365,563.31 |
| 22 | 251325 | 00020133 | Covington County Hospital | 43,737.22 | 56,444.13 | 56,444.13 | 62,904.04 | 219,529.52 | - | - | 219,529.52 |
| 23 | 250082 | 00020145 | Delta Regional Medical Center | 918,795.39 | 1,094,728.26 | 1,094,728.26 | 1,098,015.73 | 4,206,267.64 | - | - | 4,206,267.64 |
| 24 | 250411 | 00220411 | Diamond Grove Center | 593,100.25 | 417,336.47 | 417,336.47 | 418,589.73 | 1,846,362.92 | - | - | 1,846,362.92 |
| 25 | 0 | 33333333 | East Mississippi State Hospital | - | - | - | - | - | - | - | - |
| 26 | 253027 | 01384536 | Encompass Health Rehabilitation Hospital | 23,350.40 | 43,215.04 | 43,215.04 | 43,344.81 | 153,125.29 | - | - | 153,125.29 |
| 27 | 251309 | 00020012 | Field Memorial Community Hospital | 30,922.91 | 41,665.41 | 41,665.41 | 41,790.54 | 156,044.27 | - | - | 156,044.27 |
| 28 | 250078 | 00020007 | Forrest General Hospital | 4,063,274.36 | 4,060,556.49 | 4,060,556.49 | 4,072,750.35 | 16,257,137.69 | - | - | 16,257,137.69 |
| 29 | 251330 | 00020130 | Franklin County Memorial Hospital | 27,283.36 | 30,352.21 | 30,352.21 | 30,443.35 | 118,431.13 | - | - | 118,431.13 |
| 30 | 250086 | 00020290 | George County Hospital | 223,124.22 | 347,627.90 | 347,627.90 | 348,671.82 | 1,267,051.84 | (303,383.60) | - | 963,668.24 |
| 31 | 251329 | 06200741 | Greene County Hospital | 4,809.64 | 5,275.14 | 5,275.14 | 5,290.99 | 20,650.91 | - | - | 20,650.91 |
| 32 | 250099 | 00020025 | Greenwood Leflore Hospital | 288,380.93 | 718,833.05 | 718,833.05 | 720,991.70 | 2,447,038.73 | (900,000.00) | - | 1,547,038.73 |
| 33 | 254011 | 09730779 | Gulfport Behavioral Health Systems | 663,394.12 | 511,200.73 | 511,200.73 | 512,735.86 | 2,198,531.44 | - | - | 2,198,531.44 |
| 34 | 251316 | 00020214 | H.C. Watkins Memorial Hospital | 38,452.64 | 36,258.41 | 36,258.41 | 36,367.30 | 147,336.76 | - | - | 147,336.76 |
| 35 | 250117 | 00220682 | Highland Community Hospital | 429,410.96 | 480,160.86 | 480,160.86 | 481,602.79 | 1,871,335.47 | - | - | 1,871,335.47 |
| 36 | 251319 | 00220609 | Holmes County Hospital and Clinics | 53,069.37 | 64,420.00 | 64,420.00 | 64,613.44 | 246,522.81 | - | - | 246,522.81 |
| 37 | 250018 | 00020177 | Jasper General Hospital | 2,692.45 | 3,615.84 | 3,615.84 | 3,264.03 | 13,188.16 | - | - | 13,188.16 |
| 38 | 250060 | 00020193 | Jefferson County Hospital | 4,459.82 | 5,280.04 | 5,280.04 | 5,295.90 | 20,315.80 | - | 20,315.80 | - |
| 39 | 251326 | 00220441 | Jefferson Davis General Hospital | 29,575.26 | 31,163.45 | 31,163.45 | 31,257.03 | 123,159.19 | - | - | 123,159.19 |
| 40 | 251335 | 02934741 | John C. Stennis Memorial Hospital | 42,306.90 | 34,777.13 | 34,777.13 | 34,881.55 | 146,742.71 | - | - | 146,742.71 |
| 41 | 250057 | 00020008 | King's Daughter Medical Center | 845,787.01 | 944,604.36 | 944,604.36 | 947,441.00 | 3,682,436.73 | - | - | 3,682,436.73 |
| 42 | 251322 | 04125505 | Laird Hospital | 42,328.46 | 43,489.99 | 43,489.99 | 43,620.58 | 172,929.02 | - | - | 172,929.02 |
| 43 | 251305 | 00020170 | Lawrence County Hospital | 25,482.18 | 28,159.70 | 28,159.70 | 28,244.27 | 110,045.85 | - | - | 110,045.85 |
| 44 | 252010 | 02278753 | LTAC Hospital of Greenwood, LLC | - | - | - | - | - | - | - | - |
| 45 | 250124 | 00020042 | Magee General Hospital | 104,451.89 | 138,850.44 | 138,850.44 | 139,267.41 | 521,420.18 | - | - | 521,420.18 |
| 46 | 250009 | 00020020 | Magnolia Regional Health Center | 676,129.07 | 872,581.00 | 872,581.00 | 875,201.37 | 3,296,492.44 | - | - | 3,296,492.44 |
| 47 | 250085 | 00020116 | Marion General Hospital | 96,151.98 | 94,024.89 | 94,024.89 | 94,307.24 | 378,509.00 | - | - | 378,509.00 |
| 48 | 250019 | 00020027 | Memorial Hospital at Gulfport | 2,620,463.89 | 2,382,247.89 | 2,382,247.89 | 2,389,401.79 | 9,774,361.46 | - | - | 9,774,361.46 |
| 49 | 250007 | 00020182 | Merit Health - Biloxi | 919,902.74 | 897,724.93 | 897,724.93 | 900,420.80 | 3,615,773.40 | - | - | 3,615,773.40 |
| 50 | 250072 | 00220630 | Merit Health - Central | 1,155,072.93 | 1,589,587.36 | 1,589,587.36 | 1,594,360.90 | 5,929,208.55 | (462,145.13) | - | 5,467,063.43 |
| 51 | 250084 | 00020172 | Merit Health - Natchez | 502,556.43 | 618,180.01 | 618,180.01 | 620,036.41 | 2,358,952.86 | - | - | 2,358,952.86 |
| 52 | 250096 | 00220417 | Merit Health - Rankin | 103,146.47 | 195,805.88 | 195,805.88 | 196,393.88 | 691,152.11 | - | - | 691,152.11 |
| 53 | 250138 | 00220467 | Merit Health - River Oaks | 881,166.38 | 1,215,330.61 | 1,215,330.61 | 1,218,980.25 | 4,530,807.85 | - | - | 4,530,807.85 |
| 54 | 250031 | 00220571 | Merit Health - River Region | 708,609.14 | 1,062,933.22 | 1,062,933.22 | 1,066,125.21 | 3,900,600.79 | - | - | 3,900,600.79 |
| 55 | 250094 | 00220462 | Merit Health - Wesley | 1,362,484.78 | 1,464,362.48 | 1,464,362.48 | 1,468,759.96 | 5,759,969.70 | - | - | 5,759,969.70 |
| 56 | 250136 | 00220466 | Merit Health - Woman's Hospital | 266,263.94 | 353,725.42 | 353,725.42 | 354,787.65 | 1,328,502.43 | - | - | 1,328,502.43 |
| 57 | 250167 | 01701363 | Methodist Healthcare - Olive Branch Hospital | 684,961.66 | 813,270.08 | 813,270.08 | 815,712.33 | 3,127,214.15 | - | - | 3,127,214.15 |
| 58 | 250103 | 00220392 | Mississippi Baptist Medical Center | 1,640,145.87 | 1,655,007.57 | 1,655,007.57 | 1,659,977.57 | 6,610,138.58 | - | - | 6,610,138.58 |
| 59 | 250152 | 00020223 | Mississippi Methodist Rehabilitation Center | 116,063.82 | 119,668.96 | 119,668.96 | 120,028.32 | 475,430.06 | - | - | 475,430.06 |
| 60 | 250025 | 00020003 | Monroe Health Services, Inc. | 569,936.30 | 725,709.18 | 725,709.18 | 727,888.49 | 2,749,243.15 | - | - | 2,749,243.15 |
| 61 | 251302 | 00220692 | Monroe Regional Hospital | 44,869.91 | 45,060.93 | 45,060.93 | 45,196.25 | 180,188.02 | - | - | 180,188.02 |
| 62 | 250043 | 00020181 | Neshoba County General Hospital | 187,627.30 | 255,148.54 | 255,148.54 | 255,914.76 | 953,839.14 | - | - | 953,839.14 |
| 63 | 250004 | 00020081 | North Mississippi Medical Center | 3,550,434.81 | 3,578,103.35 | 3,578,103.35 | 3,588,848.41 | 14,295,489.92 | - | - | 14,295,489.92 |
| 64 | 254009 | 22222222 | North Mississippi State Hospital | - | - | - | - | - | - | - | - |

Case: 25CH1:25-cv-01314    Document #: 4-1    Filed: 11/10/2025    Page 13 of 71

**MHAP Monthly Payments - SFY2026 Payment**
State of Mississippi
Month
September

-0.01

| A | B | C | D | F | H | I | J | K = sum(F thru J) | M | N | O = K - M + N |
|---|---|---|---|---|---|---|---|---|---|---|
| Count | Medicare ID | Medicaid ID | Hospital Name | Monthly FSA TOTAL | Interim Quarterly PPS TOTAL (Only paid in September, December, March, June) | PPS Current TOTAL (Only paid in September, December, March, June) | Reconciliation PPS Current TOTAL (Only paid in September, December, March, June) | Monthly MHAP Payment TOTAL | Adjustments to Payment | PIP to ITOH | Payment to Hospital |
| 65 | 251318 | 00020118 | North Sunflower Medical Center | 156,375.16 | 156,596.46 | 156,596.46 | 157,066.73 | 626,634.81 | - | - | 626,634.81 |
| 66 | 250042 | 00220380 | Northwest Mississippi Regional Medical Center | 392,093.92 | 885,802.40 | 885,802.40 | 888,462.47 | 3,052,161.19 | (1,526,080.60) | - | 1,526,080.60 |
| 67 | 251307 | 00020041 | Noxubee General Critical Access Hospital | 33,070.97 | 31,225.61 | 31,225.61 | 31,319.37 | 126,841.56 | - | - | 126,841.56 |
| 68 | 250338 | 00220338 | Oak Circle Center | 44,365.76 | 31,262.33 | 31,262.33 | 31,356.20 | 138,246.62 | - | - | 138,246.62 |
| 69 | 254012 | 01150230 | Oceans Behavioral Hospital of Biloxi | 318,706.54 | 246,315.59 | 246,315.59 | 247,055.28 | 1,058,393.00 | - | - | 1,058,393.00 |
| 70 | 254014 | 200019051 | Oceans Behavioral Hospital of Jackson | 233,704.68 | - | - | - | 233,704.68 | - | - | 233,704.68 |
| 71 | 254013 | 200005726 | Oceans Behavioral Hospital of Tupelo | 168,385.13 | 176,112.51 | 176,112.51 | 176,641.37 | 697,251.52 | - | - | 697,251.52 |
| 72 | 250162 | 00020166 | Ochsner Medical Center - Hancock | 220,372.83 | 347,509.47 | 347,509.47 | 348,553.03 | 1,263,944.80 | (631,972.40) | - | 631,972.40 |
| 73 | 250050 | 00020219 | Oktibbeha County Hospital | 653,017.70 | 921,202.34 | 921,202.34 | 923,968.71 | 3,419,391.09 | - | - | 3,419,391.09 |
| 74 | 250128 | 00020229 | Panola Medical Center | 87,384.35 | 113,374.17 | 113,374.17 | 126,349.59 | 440,482.28 | - | 215,824.57 | 224,657.71 |
| 75 | 254005 | 00220612 | Parkwood Behavioral Health System | 539,850.80 | 484,077.19 | 484,077.19 | 485,530.87 | 1,993,536.05 | - | - | 1,993,536.05 |
| 76 | 250163 | 01956816 | Patients' Choice Medical Center of Smith County | - | - | - | - | - | - | - | - |
| 77 | 251333 | 00220297 | Pearl River County Hospital | 43,278.53 | 34,566.80 | 34,566.80 | 34,670.60 | 147,082.73 | - | - | 147,082.73 |
| 78 | 251306 | 00020191 | Perry County General Hospital | 7,748.58 | 4,432.19 | 4,432.19 | 4,445.50 | 21,058.46 | - | - | 21,058.46 |
| 79 | 251308 | 00020096 | Pontotoc Health Services | 57,234.16 | 66,234.77 | 66,234.77 | 66,433.66 | 256,137.36 | - | - | 256,137.36 |
| 80 | 250785 | 200017995 | Progressive Health of Houston | 968.29 | 2,150.81 | 2,150.81 | 2,396.96 | 7,666.87 | (3,833.44) | 3,833.44 | - |
| 81 | 251339 | 02755745 | Quitman Community Hospital | 10,983.70 | 8,424.42 | 8,424.42 | 8,449.73 | 36,282.27 | - | - | 36,282.27 |
| 82 | 252006 | 07176518 | Regency Hospital of Meridian | - | - | - | - | - | - | - | - |
| 83 | 252009 | 07603524 | Regency Hospital of Southern Mississippi | - | - | - | - | - | - | - | - |
| 84 | 440152 | 00020421 | Regional Medical Center of Memphis | 248,378.92 | 274,387.79 | 274,387.79 | 275,211.78 | 1,072,366.28 | - | - | 1,072,366.28 |
| 85 | 250069 | 00020049 | Rush Foundation Hospital | 1,079,004.26 | 1,100,032.91 | 1,100,032.91 | 1,103,336.31 | 4,382,406.39 | - | - | 4,382,406.39 |
| 86 | 251300 | 00220324 | S. E. Lackey Critical Access Hospital & Swingbed | 93,216.40 | 121,680.37 | 121,680.37 | 122,045.78 | 458,622.92 | - | - | 458,622.92 |
| 87 | 251323 | 00220144 | Scott Regional Hospital | 31,521.65 | 36,548.73 | 36,548.73 | 36,658.48 | 141,277.59 | - | - | 141,277.59 |
| 88 | 252003 | 00220174 | Select Specialty Belhaven | - | - | - | - | - | - | - | - |
| 89 | 252005 | 04586568 | Select Specialty Hospital Gulf Coast | - | - | - | - | - | - | - | - |
| 90 | 252007 | 05553701 | Select Specialty Hospital of Jackson | - | 301.63 | 301.63 | 302.53 | 905.79 | (452.90) | - | 452.90 |
| 91 | 251338 | 00020129 | Sharkey Issaquena Community Hospital | 6,500.99 | 9,361.86 | 9,361.86 | 9,389.96 | 34,614.69 | - | - | 34,614.69 |
| 92 | 251317 | 00020167 | Simpson General Hospital | 38,835.82 | 43,289.24 | 43,289.24 | 43,419.25 | 168,833.55 | - | - | 168,833.55 |
| 93 | 250123 | 00220734 | Singing River Gulfport | 669,918.11 | 924,676.70 | 924,676.70 | 927,453.51 | 3,446,725.02 | - | - | 3,446,725.02 |
| 94 | 250040 | 00020059 | Singing River Hospital | 2,204,265.86 | 2,865,014.28 | 2,865,014.28 | 2,873,617.92 | 10,807,912.34 | - | - | 10,807,912.34 |
| 95 | 250163 | 200015368 | Smith County Emergency Hospital | 8,999.83 | - | - | - | 8,999.83 | - | - | 8,999.83 |
| 96 | 250058 | 00020141 | South Central Regional Medical Center | 1,412,146.00 | 1,558,461.25 | 1,558,461.25 | 1,563,141.30 | 6,092,209.80 | - | - | 6,092,209.80 |
| 97 | 254006 | 11111111 | South Mississippi State Hospital | - | - | - | - | - | - | - | - |
| 98 | 250095 | 00020032 | South Sunflower County Hospital | 211,363.26 | 314,578.50 | 314,578.50 | 315,523.18 | 1,156,043.44 | - | - | 1,156,043.44 |
| 99 | 250097 | 00220207 | Southwest Mississippi Regional Medical Center | 1,026,784.81 | 1,263,775.43 | 1,263,775.43 | 1,267,570.57 | 4,821,906.24 | - | - | 4,821,906.24 |
| 100 | 252004 | 00220723 | Specialty Hospital of Meridian | - | - | - | - | - | - | - | - |
| 101 | 250048 | 00020034 | St. Dominic - Jackson Memorial Hospital | 2,310,978.84 | 2,688,092.92 | 2,688,092.92 | 2,696,165.26 | 10,383,329.94 | - | - | 10,383,329.94 |
| 102 | 251304 | 00020161 | Tallahatchie General Hospital | 18,187.27 | 13,797.65 | 13,797.65 | 15,376.77 | 61,159.34 | - | - | 61,159.34 |
| 103 | 250172 | 09929228 | Tate County Hospital | 57,642.36 | 25,157.95 | 25,157.95 | 25,233.51 | 133,191.77 | - | - | 133,191.77 |
| 104 | 251337 | 00020111 | Tippah County Hospital | 36,068.07 | 37,789.01 | 37,789.01 | 37,902.49 | 149,548.58 | - | - | 149,548.58 |
| 105 | 250002 | 00020393 | Tishomingo Health Services, Inc. | 46,950.31 | 49,245.06 | 49,245.06 | 49,392.95 | 194,833.38 | - | - | 194,833.38 |
| 106 | 251312 | 00020156 | Tyler Holmes Memorial Hospital | 50,003.70 | 57,774.16 | 57,774.16 | 57,947.66 | 223,499.68 | - | - | 223,499.68 |
| 107 | 250038 | 08087360 | UMMC - Madison | 183,763.06 | 274,102.44 | 274,102.44 | 274,925.57 | 1,006,893.51 | (63,946.30) | - | 942,947.22 |
| 108 | 250001 | 00020149 | University of Mississippi Medical Center | 9,746,336.45 | 9,795,536.57 | 9,795,536.57 | 9,824,952.59 | 39,162,362.18 | - | - | 39,162,362.18 |
| 109 | 250168 | 00020026 | University of Mississippi Medical Center - Grenada | 606,847.50 | 593,325.58 | 593,325.58 | 595,107.35 | 2,388,606.01 | - | - | 2,388,606.01 |
| 110 | 251324 | 00020208 | Walthall County General Hospital | 55,914.85 | 56,034.32 | 56,034.32 | 56,202.58 | 224,186.07 | - | - | 224,186.07 |
| 111 | 250077 | 00020131 | Wayne General Hospital | 237,815.36 | 298,606.53 | 298,606.53 | 299,503.25 | 1,134,531.67 | - | - | 1,134,531.67 |
| 112 | 250020 | 00020178 | Webster Health Services | 62,449.50 | 72,297.37 | 72,297.37 | 72,514.47 | 279,558.71 | - | - | 279,558.71 |
| 113 | 250134 | 00020011 | Whitfield Medical Surgical Hospital | - | 326.79 | 326.79 | 327.77 | 981.35 | - | - | 981.35 |
| 114 | 250027 | 00220243 | Winston Medical Center | 69,328.84 | 68,958.40 | 68,958.40 | 69,165.49 | 276,411.13 | - | - | 276,411.13 |
| 115 | 250061 | 00020175 | Yalobusha General Hospital | 14,664.40 | 16,449.38 | 16,449.38 | 14,848.89 | 62,412.05 | - | 7,141.04 | 55,271.01 |
| | | | | 57,895,828.42 | 63,706,408.87 | 63,706,408.87 | 63,912,693.96 | 249,221,340.12 | (3,972,392.29) | 466,645.76 | 244,782,302.08 |

245,248,947.84

244,782,302.08