# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 23, 2026

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Eddie Fair
Chancery   Clerk of   Hinds   County
Post Office Box 686
Jackson, Mississippi 39205

RE:   *Greenwood Leflore Hospital v. Bradshaw, et al.*
Our Case No. 3:26-cv-00336-KHJ-MTP
Your Case No. 25CH1:25-cv-01314

Dear Ms. Fair

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on      06/23/2026      in the above-captioned case on the docket of our court.   Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at (601) 608-4000  .

Sincerely Yours,

**ARTHUR JOHNSTON, CLERK**  By: *T. Ballard* JB , D. C.

## *ACKNOWLEDGEMENT OF RECEIPT*

*I hereby acknowledge receipt of the documents referred to above on this the ____ day of _____, 20____.*

*Hinds County Chancery Court*
*CHANCERY   CLERK OF   Hinds   COUNTY*
*By:* _____ *, D. C.*                    **SEAL**